No. 77–962. HAWAIIAN TELEPHONE CO. ET AL. *v.* HAWAII DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 77–996. POE *v.* STETSON, SECRETARY OF THE AIR FORCE, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 77–997. HAWAII *v.* CONSUMER PRODUCT SAFETY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. ██

No. 77–998. LOGAL *v.* CRUSE ET AL. Sup. Ct. Ind. Certiorari denied.

No. 77–1029. CLAY *v.* BOMAR. C. A. 6th Cir. Certiorari denied.

No. 77–1076. MASSACHUSETTS *v.* DUSTIN. Sup. Jud. Ct. Mass. Certiorari denied.

No. 77–1082. JOYNER *v.* PHELPS, WARDEN. Sup. Ct. La. Certiorari denied.

No. 77–1084. BARBEE *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 77–1088. CHESTNUTT CORP. *v.* GALFAND ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1103. BRYAN *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 4th Cir. Certiorari denied.

No. 77–1112. DUKE *v.* UNITED STATES STEEL CORP. ET AL. C. A. 5th Cir. Certiorari denied.